STATE v. PREVETTE

No. 128 PC.

Case below: 43 N.C. App. 450.

Petition by defendants for discretionary review under G.S. 7A-31 denied 8 January 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 8 January 1980.

STATE v. STEPHENSON

No. 115 PC.

Case below: 43 N.C. App. 323.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 January 1980.

STATE v. STUMP

No. 155 PC.

Case below: 43 N.C. App. 754.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 January 1980.

UTILITIES COMM. v. FARMERS CHEMICAL ASSOC.

No. 53 PC.

Case below: 42 N.C. App. 606.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 January 1980.

WELLS v. INSURANCE CO.

No. 109 PC.

Case below: 43 N.C. App. 328.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 January 1980.